Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19276−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen B Hall
   aka Karen Bernadette Hall
   12 Centennial Rd.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4456

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            2/16/22
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: December 2, 2021
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Karen B Hall  
      Debtor

Case No. 21-19276-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2  
Date Rcvd: Dec 02, 2021        Form ID: 132        Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen B Hall, 12 Centennial Rd., Sicklerville, NJ 08081-9355 |
| 519452515 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519452516 | + | Christopher Hall, 2358 Little Road, Perkiomenville, PA 18074-9561 |
| 519452520 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 519452521 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519452524 | + | Maple Finance Company, 1170 Us Hwy 22, Bridgewater, NJ 08807-2933 |
| 519452525 | + | Pennstar Bank/NBT Bank, Attn: Bankruptcy, Po Box 351, Norwich, NY 13815-0351 |
| 519452528 | + | Subaru Auto Leasing LTD, One Subaru Drive, Camden, NJ 08103-2204 |
| 519452531 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519452533 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 02 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 02 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519452517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 03 2021 09:24:09 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519452518 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 02 2021 20:30:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519452519 | + | Email/Text: mrdiscen@discover.com | Dec 02 2021 20:30:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519452522 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 02 2021 20:30:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519452523 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 02 2021 20:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519452526 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 02 2021 20:30:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519452527 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 02 2021 20:30:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519452529 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 02 2021 20:29:29 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519452530 | + | Email/Text: chegyi@winslowtownship.com | Dec 02 2021 20:30:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 519452532 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

|  |  |  |
|---|---|---|
| | Dec 02 2021 20:30:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Karen B Hall tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3