Certificate Number: 15111-NJ-DE-036192949

Bankruptcy Case Number: 21-19276



15111-NJ-DE-036192949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 9, 2021</u>, at <u>2:25</u> o'clock <u>PM EST</u>, <u>Karen B Hall</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>December 9, 2021</u>          By:    <u>/s/Hasan Bilal for Ryan McDonough</u>

                                        Name:  <u>Ryan McDonough</u>

                                        Title:  <u>Executive Director of Education</u>