**UNITES STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone: 856-482-5544 / Fax: 856-482-5511**
tegner@mcdowelllegal.com
*Attorney for Debtor*

| | |
|---|---|
| In re:<br><br>    Karen B. Hall,<br><br>                        Debtor. | Chapter 13<br><br>Case No. 21-19276-JNP<br><br>Judge: Poslusny |

**WITHDRAWAL OF DOCUMENT NO. 16**
**CERTIFICATE OF SERVICE**
**FILED ON DECEMBER 21, 2021**

I, Thomas G. Egner., counsel to Debtor Karen B. Hall, hereby withdraw document No. 16, Certificate of Service, filed December 21, 2021 in the above referenced matter.

Dated: 12/21/2021                    By: */s/ Thomas G. Egner*
                                                              Thomas G. Egner, Esq.
                                                              McDowell Law, PC
                                                              46 West Main Street
                                                              Maple Shade, NJ 08052
                                                              856-482-5544