Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19276−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen B Hall
   aka Karen Bernadette Hall
   12 Centennial Rd.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4456

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 17, 2022.

On July 31, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                September 6, 2023
Time:                 10:00 AM
Location:             4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 1, 2023
JAN:

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 21-19276-JNP
Karen B Hall                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                  User: admin                  Page 1 of 3
Date Rcvd: Aug 01, 2023             Form ID: 185                Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen B Hall, 12 Centennial Rd., Sicklerville, NJ 08081-9355 |
| 519452516 | + | Christopher Hall, 2358 Little Road, Perkiomenville, PA 18074-9561 |
| 519452524 | + | Maple Finance Company, 1170 Us Hwy 22, Bridgewater, NJ 08807-2927 |
| 519452528 | + | Subaru Auto Leasing LTD, One Subaru Drive, Camden, NJ 08103-2204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 01 2023 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 01 2023 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519478647 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 20:38:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519452515 | + | Email/PDF: bncnotices@becket-lee.com | Aug 01 2023 20:38:24 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519452517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2023 20:38:22 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519452518 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2023 20:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519456464 | | Email/Text: mrdiscen@discover.com | Aug 01 2023 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519452519 | + | Email/Text: mrdiscen@discover.com | Aug 01 2023 20:28:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519452520 | | Email/Text: bankruptcycourts@equifax.com | Aug 01 2023 20:28:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519452521 | ^ | MEBN | Aug 01 2023 21:15:42 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519452522 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2023 20:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519495543 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 01 2023 20:28:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519452523 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 01 2023 20:28:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519492720 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2023 20:38:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 21-19276-JNP    Doc 31    Filed 08/03/23    Entered 08/04/23 00:17:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2023 | Form ID: 185 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 519473267 | + | Email/Text: bankruptcy@nbtbank.com | Aug 01 2023 20:29:00 | NBT Bank, NA, 52 South Broad Street, Norwich, NY 13815-1699 |
| 519452525 | + | Email/Text: bankruptcy@nbtbank.com | Aug 01 2023 20:29:00 | Pennstar Bank/NBT Bank, Attn: Bankruptcy, Po Box 351, Norwich, NY 13815-0351 |
| 519498177 | | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2023 20:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519452526 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 01 2023 20:29:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519470987 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 01 2023 20:29:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519452527 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 01 2023 20:28:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519454104 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 01 2023 20:38:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519452529 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 01 2023 20:38:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519452530 | + | Email/Text: chegyi@winslowtownship.com | Aug 01 2023 20:29:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 519452531 | ^ | MEBN | Aug 01 2023 21:15:42 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519480298 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 01 2023 20:29:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 519452532 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 01 2023 20:29:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 519452533 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 01 2023 20:26:44 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519464715 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Aug 01 2023 20:25:50 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2023                   Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Thomas G. Egner | on behalf of Debtor Karen B Hall tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5