Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−19276−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Karen B Hall
   aka Karen Bernadette Hall
   12 Centennial Rd.
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4456

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2023.

Dated: September 7, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Karen B Hall  
    Debtor

Case No. 21-19276-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 07, 2023      Form ID: plncf13      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karen B Hall, 12 Centennial Rd., Sicklerville, NJ 08081-9355 |
| 519452516 | + | Christopher Hall, 2358 Little Road, Perkiomenville, PA 18074-9561 |
| 519452524 | + | Maple Finance Company, 1170 Us Hwy 22, Bridgewater, NJ 08807-2927 |
| 519452528 | + | Subaru Auto Leasing LTD, One Subaru Drive, Camden, NJ 08103-2204 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2023 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2023 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519478647 | | Email/PDF: bncnotices@becket-lee.com | Sep 07 2023 20:51:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519452515 | + | Email/PDF: bncnotices@becket-lee.com | Sep 07 2023 20:52:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519452517 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2023 21:07:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519452518 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 07 2023 20:48:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519456464 | | Email/Text: mrdiscen@discover.com | Sep 07 2023 20:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519452519 | + | Email/Text: mrdiscen@discover.com | Sep 07 2023 20:46:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519452520 | | Email/Text: bankruptcycourts@equifax.com | Sep 07 2023 20:47:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 519452521 | ^ | MEBN | Sep 07 2023 20:41:06 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 519452522 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2023 20:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519495543 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2023 20:46:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519452523 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2023 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519492720 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2023 20:51:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: plncf13 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 519473267 | + Email/Text: bankruptcy@nbtbank.com | | Sep 07 2023 20:48:00 | NBT Bank, NA, 52 South Broad Street, Norwich, NY 13815-1699 |
| 519452525 | + Email/Text: bankruptcy@nbtbank.com | | Sep 07 2023 20:48:00 | Pennstar Bank/NBT Bank, Attn: Bankruptcy, Po Box 351, Norwich, NY 13815-0351 |
| 519498177 | Email/Text: bnc-quantum@quantum3group.com | | Sep 07 2023 20:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519452526 | + Email/Text: bankruptcyteam@quickenloans.com | | Sep 07 2023 20:48:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519470987 | + Email/Text: bankruptcyteam@quickenloans.com | | Sep 07 2023 20:48:00 | Rocket Mortgage, LLC fka Quicken Loans at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519452527 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | Sep 07 2023 20:46:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 519454104 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 07 2023 21:06:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519452529 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Sep 07 2023 20:51:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519452530 | + Email/Text: chegyi@winslowtownship.com | | Sep 07 2023 20:48:00 | Township of Winslow, Attn: Tax Office, 125 South Route 73, Hammonton, NJ 08037-9422 |
| 519452531 | ^ MEBN | | Sep 07 2023 20:41:35 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 519480298 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 07 2023 20:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 519452532 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | Sep 07 2023 20:48:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 519452533 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 07 2023 20:52:43 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519464715 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Sep 07 2023 21:07:06 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2023            Signature:          /s/Gustava Winters

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2023 | Form ID: plncf13 | Total Noticed: 32 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian C. Nicholas
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

Thomas G. Egner
on behalf of Debtor Karen B Hall tegner@mcdowelllegal.com
tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5