UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage LLC

In Re:

Karen Hall,

Debtor.

Case No.:       21-19276-JNP

Chapter:              13

Hearing Date:     01/16/2024

Judge:              Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 12 Centennial Road (Docket # 40)

_____

Date: 01/11/2024                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*