Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-19276 (JNP)

Karen B. Hall  
12 Centennial Road  
Sicklerville, NJ  08081

Monthly Payment: $100.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2023 | $767.00 | 01/31/2023 | $767.00 | 03/02/2023 | $767.00 | 03/31/2023 | $767.00 |
| 05/08/2023 | $767.00 | 06/26/2023 | $767.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | KAREN B. HALL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,500.00 | $4,500.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $400.00 | $0.00 | $400.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $947.08 | $0.00 | $947.08 | $0.00 |
| 2 | CHRISTOPHER HALL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CITIBANK/THE HOME DEPOT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $62.80 | $0.00 | $62.80 | $0.00 |
| 5 | DISCOVER FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | INTERNAL REVENUE SERVICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | KOHL'S | 33 | $54.12 | $0.00 | $54.12 | $0.00 |
| 10 | MAPLE FINANCE COMPANY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NBT BANK, NA | 24 | $7,954.63 | $7,954.63 | $0.00 | $4,850.12 |
| 12 | ROCKET MORTGAGE, LLC | 24 | $65.90 | $18.26 | $47.64 | $11.14 |
| 13 | STATE OF NEW JERSEY DIVISION OF TAXATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SUBARU AUTO LEASING LTD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $683.53 | $0.00 | $683.53 | $0.00 |
| 16 | TOWNSHIP OF WINSLOW | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. BANK, N.A. | 33 | $8,408.37 | $0.00 | $8,408.37 | $0.00 |
| 20 | WELLS FARGO BANK, N.A. | 33 | $12,026.34 | $0.00 | $12,026.34 | $0.00 |
| 21 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DISCOVER BANK | 33 | $3,117.76 | $0.00 | $3,117.76 | $0.00 |
| 24 | NBT BANK, NA | 33 | $28,468.84 | $0.00 | $28,468.84 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 01/01/2022 | 19.00 | $0.00 |
| 08/01/2023 | Paid to Date | $13,682.00 |
| 09/01/2023 | 16.00 | $100.00 |
| 01/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,602.00 |
| Total paid to creditors this period: | $4,861.26 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $500.00 |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**