UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Andrew B. Finberg, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

In Re:

    Karen B. Hall,
        Debtor(s)'.

Case No.:  21-19276
Chapter:  13
Hearing Date:  2/21/25 @ 10:00 AM
Judge:  JNP

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter: Please withdraw the Trustee's Motion to Dismiss filed on January 2, 2025 (doc #52) as the necessary funds have been received to complete and close the case.

Date: January 31, 2025

/s/ *Andrew B. Finberg*
Signature

*rev.8/1/15*